UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD C. MCINTYRE,<br><br>             Plaintiff,<br><br>vs.<br><br>ROBERT BANNISTER,<br><br>             Defendant. | 3:11-cv-00150-LRH-RAM<br><br>**ORDER** |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On April 6, 2011, this court ordered that plaintiff had thirty (30) days to either file a completed application to proceed *in forma pauperis* or pay the full filing fee (docket #6). The court expressly warned plaintiff that failure to comply with this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed, and plaintiff has not responded to this court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order dated April 6, 2011.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 13th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE