AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

RICHARD C. MCINTYRE,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER: **3:11-CV-00150-LRH-RAM**

ROBERT BANNISTER,
    Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for the failure of plaintiff to comply with this Court's Order of 4/6/2011.

| June 14, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

         /s/   M. Campbell
         Deputy Clerk